## ROACH ET AL. *v.* SMITH.

[No. 19,606.    Filed December 10, 1901.]

From Marion Superior Court; *J. M. Leathers,* Judge.

Action by William C. Smith against William M. Roach and others to enforce a lien for street improvements. From a judgment for plaintiff, defendants appeal. *Affirmed.*

*S. N. Chambers, S. O. Pickens, •C. W. Moores* and *R. F. Davidson,* for appellants.

## DAVIS *v.* SMITH.

[No. 19,607.    Filed December 10, 1901.]

From Marion Superior Court; *J. L. McMasters,* Judge.

Action by William C. Smith against Susan F. Davis to enforce a lien for street improvements.    From a judgment for plaintiff, defendant appeals. *Affirmed.*

*S. N. Chambers, S. O. Pickens, C. W. Moores* and *R. F. Davidson,* for appellant.

HADLEY, J.—The record in the above cause presents only the identical questions decided in *Shank* v. *Smith, ante,* 401, and upon the authority of that case the judgment in this case is affirmed.